FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

# O R D E R

In accordance with the Texas Court of Criminal Appeals' opinion granting Norton an out-of-time appeal on the merits of his appellate issue, we ORDER the court reporter to file a supplemental reporter's record containing the transcript of the hearing on appellant's motion to suppress, including the trial court's ruling on the motion and any exhibits admitted at the hearing.  *See Ex parte Norton*, No. WR-92,415-01, 2021 WL 1202422 (Tex. Crim. App. Mar. 31, 2021) (per curiam).  We further ORDER the trial court clerk to file a supplemental clerk's record containing any written findings of fact and conclusions of law made by the trial court. The supplemental reporter's record and supplemental clerk's record, if any, must be filed in this court *no later than thirty (30) days* from the date of this order.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court